THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN I. MARKOV, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y., Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Application of CHARLES H. MUNDT, Respondent, for an Order of Mandamus against DANIEL H. McCARRIAGHER and Others, Constituting the Buffalo Sewer Authority, and Others, Appellants.— Orders reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict in answer to Question No. 2 is against the weight of the evidence. All concur. (The final order directs defendants to reinstate petitioner to his position as operator of grit and sedimentation tanks in the Buffalo Sewer Authority; the second order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

RUTH HAZEL MADARA, as Administratrix, etc., of CHARLES B. MADARA, Deceased, Respondent, v. TOWN OF LIMA, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the court should have charged the request that in order to render the defendant liable, the interference with travel must be dangerous, unusual or exceptional and different from the conditions ordinarily and generally brought about by the winter weather prevalent in the locality. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

LORD-HUMPHREY & Co., INC., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 25031.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim against the State under a construction contract.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CITIZENS BANK OF CAPE VINCENT, Appellant, v. CHARLES L. FITZGERALD, as Executor, etc., of M. SOPHIA FITZGERALD, Deceased, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the plaintiff's second amended complaint in an action on a promissory note.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MARGARET CLARK, Respondent, v. STEUBEN COUNTY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HARRY CLARK, Respondent, v. STEUBEN COUNTY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.